GRACE KUEHNLE, petitioner,

*v.*

HENRY KUEHNLE, JR., defendant.

[Determined June 18th, 1924.]

On bill for maintenance.

*Mr. William Charlton,* for the petitioner.

*Mr. Joseph A. Corio,* for the defendant.

INGERSOLL, V. C.

An order of fifteen dollars ($15) per week for the support of the children will be made.